IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WENDELL C.K. OKIMOTO, | ) CV 15-00425 HG-RLP |
| Plaintiff, | ) |
| vs. | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 4)

Findings and Recommendation having been filed and served on all parties on October 22, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Dismiss Plaintiff's Complaint, Deny Plaintiff's Application to Proceed Without Prepayment of Fees, and Deny Plaintiff's Request for Appointment of Counsel (ECF No. 4) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: November 13, 2015, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge